UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -

IVAN PEREZ,

        Defendant.

---

07 Cr. 782 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **September 6, 2007 at 3:00 p.m.**

Because an adjournment is needed because of the unavailability of the parties and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **August 20, 2007**, until **September 6, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       August 20, 2007

                                  John G. Koeltl
                                  United States District Judge