USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

IVAN PEREZ,

              Defendant.

07 Cr. 782 (JGK)
<u>CORRECTED
SPEEDY TRIAL ORDER</u>

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **October 12, 2007** at **9:30 a.m.**

Because an adjournment is needed to allow for the Government to complete discovery and for the defendant to review it, and to assure the effective assistance of counsel, at the hearing on September 6, 2007 the Court prospectively excluded the time from **September 6, 2007** until **October 12, 2007** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            September 11, 2007

                                        John G. Koeltl
                                      United States District Judge