UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

IVAN PEREZ,

              Defendant.

---

07 Cr. 07380 (JGK)

SPEEDY TRIAL ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **September 12, 2007** at 9:30 a.m.

Because an adjournment is needed to allow for the Government to complete discovery and for the defendant to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 6, 2007,** until **September 12, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           September 6, 2007

_____
John G. Koeltl
United States District Judge