USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        - against -

IVAN PEREZ,

                Defendant.

07 Cr. 782 (JGK)
SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on November 16, 2007 at 12:00 p.m.

Because an adjournment is needed to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, October 15, 2007, until November 16, 2007 from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          October 15, 2007

                          John G. Koeltl
                  United States District Judge