3/2/08

Dear Judge John G. Koeltl

My name is Luz Rodriguez and I'am the mother of Ivan Perez.

Your Honor, I've decided to write you this letter because I wanted to ask you on behalf of my son (Ivan Perez) to please show some leniency upon him at sentencing if you can for my sake. You see your honor, I'm currently a widow due to the passing of my late husband (Ivan Perez Sr.) 4 1/2 year old. Since then I've been living by myself and continuing to work for "Atlantic Express" a school bus company - for the last 15 years. In addition, I also suffer from Hepatitis (c). And other sicken migraine, depression with R gluteal pain. As you can see your honor. I do have a few burdens that I have to carry on my shoulders. Never the less; I'm pretty fortunate to have my two sons (Ivan + Edwin) around to help me along, because sometimes things get very hard for me to handle by myself. In conclusion your honors and with all due respect, I would be very grateful to you and the court if you can use your discretion and give my son a fair and just sentence for his criminal acts) in this case.

Thank you for your attention and respectfully yours cooperation

x *Liz Rodriguez*

STATE OF NEW YORK
COUNTY OF THE BRONX
SWORN TO BEFORE ME
THIS 2 DAY OF March 2008

Anelka Gomez
Notary Public, State of New York
No. 03094816
Qualified in Bronx County
Commission Expires October 1st, 2009

3/3/08

Dear Judge John G. Koeltl

My name is Veronica Quinones and I am the fiancé of Ivan Perez. Your honor, I'm writing you to let you know what a good person, father and fiancé Ivan is to me, his 4 yr old daughter Jaylene and his 8 yr old stepson Anthony despite his involvement in the case now. Your honor, by no means am I trying to overlook or justify Ivan's involvement in the case or asking you too, but they say "you can't always judge a person by his/her bad deeds." Nevertheless, I do believe that Ivan was not only wrong, but he should of really considered his family first and the consequence of his actions before breaking the law and/or engaging in anything criminal or any criminal activity.

Your Honor, I'm hoping with this in mind coupled with the fact that I really need him home as soon as possible to help me out financially, help raise our family and do the right for the sake of our children. I would like to ask you and the court at this time to please be lenient and fair in regards to Ivan sentence. Thank you very much for taking

the time to read and consider my letter and discretion would be greatly appreciated if granted!

Respectfully yours,
Veraera Gemies

STATE OF NEW YORK
COUNTY OF THE BRONX
SWORN TO BEFORE ME
THIS 2 DAY OF March 2008

Anielka Gomez
Notary Public, State of New York
No. 05064818
Qualified in Bronx County
Commission Expires October 1st, 2009

3-2-08

Dear Judge John G. Koettl

My name is Edwin Perez I'm Ivan's brother, Your honor, I felt a need to write you because I wanted you to know first hand from me that I truly believe that I'm partially to blame for Ivan's actions and poor decision making. I really feel that I have failed him as a brother.

Your honor, I say this because being in a position as a position as a building maintenance supervisor in which I can hire people. I think I could of done a little better by looking further into my brother's well being and making sure he's okay as a person overall and finacially.

With this being said your

honor, I would like you to know that I have a position ready and waiting for him when he gets out. In addition your honor, at this point, I would like to beg the Court to please show lieniency on my brother on the day of sentencing.

Thank you!

Respectfully yours

*[signature]*

Edwin Perez

*[signature]*
Anieika Gomez
Notary Public, State of New York
№ 06064816
Qualified in Bronx County
Commission Expires October 1st, 2009

STATE OF NEW YORK
COUNTY OF THE BRONX
SWORN TO BEFORE ME
THIS 3 DAY OF March 2008

3/3/08

Dear Judge John G. Kaeltl;

    My name is Pedro Sierra, and I'm a good and long time friend of Ivan Perez. Your honor, I'm writing this letter to you on behalf of Ivan Perez, as a friend and also as a reference to him as a person whom I know very well and for approximately 15 years.

    Your honor, I know at this point it's not much that I or anyone for that matter can say or do to prevent Ivan from being in prison or serving time for his criminal endeavor and participation in this case, however, being a true friend and being an employee for the Bridges & Tolls Authority, as a maintenance worker, I know that at some point in time in our lives, we all do make mistakes sometimes.

    In conclusion and without further or do your honor, I would like to beg you and the court to Please

consideration in this matter.

Respectfully Yours,

Pedro Sierra